UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA AIRES V. TABULA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON MUTUAL BANK;<br>CALIFORNIA RECONVEYANCE<br>CORPORATION; QUALITY LOAN SERVICE<br>CORPORATION; EQUITY CAPITAL REAL<br>ESTATE; MAUREEN CONNOR; and DOES 1-<br>50,<br><br>　　　　Defendants. | Case No.: 12-CV-03154-LHK<br><br>ORDER REQUESTING JOINT STATUS REPORT |

On June 18, 2012, Defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver ("Chase") and California Reconveyance Company ("CRC" and collectively, "Defendants"), removed this foreclosure action from the Santa Clara County Superior Court. ECF No. 1. Defendant Quality Loan Service Corporation ("QLSC") consented to and joined in the notice of removal. *See* ECF Nos. 1, 2. The notice of removal stated that "No consent is necessary as to remaining defendants . . . because . . . those defendants have not been served." ECF No. 1 ¶ 6.

On July 24, 2012, Defendants filed a notice of withdrawal of notice of removal of action. ECF No. 21. Defendants now contend that they were unaware that Co-Defendants Maureen

1

Case No.: 12-CV-03154-LHK
ORDER REQUESTING JOINT STATUS REPORT

Connor and Equity Capital ("Co-Defendants") had been served at the time the notice of removal was filed. ECF No. 21. Thus, Defendants essentially concede that removal was improper. *See Destfino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011) (citing *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n. 1 (9th Cir. 1988) (citing 28 U.S.C. § 1446(a)); *see Hewitt v. City of Stanton*, 798 F.2d 1230, 1232 (9th Cir. 1986) (per curiam) ("All defendants who have been 'properly . . . served in the action' must join a petition for removal.").

Accordingly, all parties are hereby ordered to meet and confer regarding how this case should proceed. By July 30, 2012, the parties shall file a joint status report and, if agreement is reached, a stipulated proposed order signed by all parties. Defendants shall serve this Order on Co-Defendants, file a certificate of service, and include Co-Defendants in the parties' discussions. The joint status report shall include legal authority for any proposed Court action. If the parties fail to reach agreement, each side is limited to three pages in the joint status report.

**IT IS SO ORDERED.**

Dated: July 24, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge