1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA AIRES V. TABULA, | Case No. 12-CV-03154-LHK |
| Plaintiff, | ORDER DECLINING TO DISMISS PLAINTIFF'S CASE AND REQUIRING THE PARTIES TO MEET AND CONFER REGARDING THE FILING OF A STIPULATION TO REMAND THIS CASE TO STATE COURT |
| v. | |
| WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE CORPORATION; EQUITY CAPITAL REAL ESTATE; MAUREEN CONNOR; and DOES 1-50, | |
| Defendants. | |

On August 27, 2012, this Court issued an Order to Show Cause requiring Plaintiff Maria
Aires V. Tabula ("Plaintiff") to show cause, by September 10, 2012, why her case should not be
dismissed. ECF No. 28. The Court's Order was based on Plaintiff's failure to meet and confer
with Defendants JP Morgan and California Reconveyance Corp. ("Defendants") and Co-
Defendants Maureen Connor and Equity Capital Real Estate ("Co-Defendants") regarding whether
this case should be remanded to the Superior Court of California[1] and Plaintiff's failure to file her
portion of the parties' joint status report regarding the remand issue by July 24, 2012, as required
by a previous order of this Court. ECF No. 22.

_____

[1] Defendants state that they removed this case in error. ECF No. 21. Defendants state that they
were unaware that Co-Defendants had been served at the time Defendants filed the Notice of
Removal. *Id.* Defendants contend that their removal was, therefore, improper.

1

**United States District Court**
For the Northern District of California

1   On September 11, 2012, Plaintiff filed her response to the Order to Show Cause.  ECF No.

2   31.  Plaintiff apologized for her failure to meet and confer with Defendants regarding the remand

3   issue, and Plaintiff's failure to file her portion of the joint status report.  *Id.*  Plaintiff further stated

4   that she is working hard to prepare the paperwork required to prosecute this action and that she is

5   in the process of finding counsel to represent her.  *Id.*

6   The hearing on the Court's Order to Show Cause was held on September 19, 2012 at 2:00

7   p.m.  Alyson Dudkowski appeared on behalf of Defendants JP Morgan and California

8   Reconveyance Corp.  Plaintiff did not appear.

9   While Plaintiff did not appear at the hearing on the Order to Show Cause, in light of the fact

10  that Plaintiff filed a timely response to the Court's Order, the Court declines to dismiss Plaintiff's

11  case at this time.

12  The Court hereby ORDERS Defendants to contact Plaintiff, at the address and telephone

13  number provided on her response to the Order to Show Cause, to determine whether Plaintiff will

14  agree to remand this action to the California Superior Court.  If the parties are able to agree to

15  remand this action to the California Superior Court, the parties shall file a stipulation to remand by

16  September 26, 2012.  However, if the parties are unable to agree to remand this action to the

17  California Superior Court, the parties shall file a joint case management statement by October 3,

18  2012.  This statement must include a joint proposed case schedule (as required by Local Rule 16-

19  9(a) and the Northern District's Standing Order for All Judges of the Northern District of

20  California - Contents of Joint Case Management Statement).  A case management conference is

21  hereby SCHEDULED for October 10, 2012 at 2:00 p.m.

23  **IT IS SO ORDERED.**

24  Dated: September 20, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 12-CV-02425-LHK
ORDER DECLINING TO DISMISS PLAINTIFF'S CASE AND REQUIRING THE PARTIES TO MEET AND
CONFER REGARDING THE FILING OF A STIPULATION TO REMAND THIS CASE TO STATE COURT