UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ARIES V. TABULA, ) | Case No.: 12-CV-3154-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER TO FILE STIPULATION |
| ) | |
| WASHINGTON MUTUAL BANK; ) | |
| CALIFORNIA RECONVEYANCE CORP.; ) | |
| QUALITY LOAN SERVICE CORP.; EQUITY ) | |
| CAPITAL REAL ESTATE; and MAUREEN ) | |
| CONNOR, ) | |
| ) | |
| Defendants. ) | |

On October 10, 2012, the Court held a case management conference in this action. Plaintiff Maria Aries V. Tabula ("the Plaintiff") appeared in person, and lodged a stipulation to remand this action to the Superior Court for the County of Santa Clara. *See* Dkt. No. 40. This stipulation had been prepared by counsel for Defendant JPMorgan Chas Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver. The stipulation had been signed by the Plaintiff, but not by any Defendants. *Id.* Later that same day, October 10, 2012, Defendants filed a purported stipulation signed by Defendants' counsel. Dkt. No. 39. This purported stipulation includes a page signed by Defendant Quality Loan Service Corp. which was not included in the version reviewed or signed by the Plaintiff. The Plaintiff cannot stipulate to what she has not seen. Accordingly, the Court ORDERS the

1

Case No.: 12-CV-3154-LHK
ORDER TO FILE STIPULATION

Defendants to file a signed stipulation identical to that signed by the Plaintiff.  The Court ORDERS that the signed statement by counsel for Defendant Quality Loan Assurance be filed separately, and not as an addendum to the Plaintiff's stipulation.

**IT IS SO ORDERED.**

Dated: October 11, 2012

_____
LUCY H. KOH
United States District Judge