# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AIRES V. TABULA,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE CORPORATION; EQUITY CAPITAL REAL ESTATE; MAUREEN CONNOR; and DOES 1-50,<br><br>Defendants. | CASE NO.: 12-cv-03154-LHK<br><br>JUDGE: Hon. Lucy H. Koh<br><br>[PROPOSED] ORDER REMANDING ACTION TO STATE COURT<br><br>ACTION FILED: May 10, 2012<br>ACTION REMOVED: June 18, 2012 |

After consideration of the Stipulation to Remand Action to State Court, submitted by plaintiff Maria Aires V. Tabula and defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, California Reconveyance Company, Maureen Connor, Equity Capital Real Estate and Quality Loan Service Corporation, by and through their respective counsel, this action is hereby remanded to the state court. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: October 11, 2012          By: *Lucy H. Koh*
                                    Honorable Lucy H. Koh
                                    United States District Court Judge

---

1

[PROPOSED] ORDER REMANDING ACTION TO STATE COURT

3330371.1 -- AL109.W2000

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Maria Aires V. Tabula v. Washington Mutual Bank, et al.*
United States District Court Case No: 12-03154 LHK
Santa Clara County Superior Court Case No.: 112CV224262

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On October 11, 2012, I served the foregoing document described as **[PROPOSED] ORDER REMANDING ACTION TO STATE COURT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☒ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 11, 2012, at Santa Ana, California.

*Cynthia Rosas*
Cynthia Rosas

# SERVICE LIST

*Maria Aires V. Tabula v. Washington Mutual Bank, et al.*
Santa Clara County Superior Court Case No.: 112CV224262

| | |
|---|---|
| Maria Aires V. Tabula<br>1515 Fledermaus Court<br>San Jose, CA 95121 | T: (408) 571-8717<br><br>**Plaintiff In Pro Per** |
| Julie O. Molteni, Esq.<br>Ashley B. Hennessee, Esq.<br>Quality Loan Service Corporation<br>Corporate Counsel<br>2141 5th Avenue<br>San Diego, CA 92101 | T: (619) 645-7711 x2019<br>F: (619) 568-3518<br><br>**Attorneys for Defendant, Quality Loan Service Corp.** |
| Dean H. Kayes, Esq.<br>Law Offices of Dean H. Kayes, Esq.<br>1028 N. Lake Avenue, Suite 202<br>Pasadena, CA 91104 | T: (626) 577-9888<br>F: (626) 577-8999<br><br>**Attorneys for Defendants, Maureen Connor and Equity Capital** |